No. 99–8617.  MORA *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–8623.  MCNEW *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 99–8624.  LISASUAIN *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 99–8628.  ANDRUS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 99–8632.  GARDNER *v.* NEAL, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 99–8633.  GOMEZ *v.* UNITED STATES; and
No. 99–8658.  FALQUEZ *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 204 F. 3d 1120.

No. 99–8638.  DOE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–8644.  MADDEN *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 99–8647.  MONTES-RANGEL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–8649.  DECARO *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 99–8652.  GESSA *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–8653.  GREEN, AKA BENNS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–8654.  HAMMOND *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 99–8655.  FULTON *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–8656.  FAROOQ, AKA GRINNELL *v.* RUSSELL, WARDEN. C. A. 6th Cir.  Certiorari denied.

No. 99–8657.  HALLSTEAD, AKA HALLSTED *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.